# Robinson+Cole

PATRICK W. BEGOS

1055 Washington Boulevard
Stamford, CT 06901-2249
Main (203) 462-7500
Fax (203) 462-7599
pbegos@rc.com
Direct (203) 462-7550

Also admitted in Massachusetts
and New York

**By ECF**

April 25, 2025

Hon. Dale E. Ho
United States District Judge
40 Foley Square
New York, NY 10007

Re:  **First Symetra National Life Insurance Company of New York v. Lipinsky
1:25-cv-00344-DEH-JW
Joint Letter To Adjourn Initial Conference**

Dear Judge Ho:

This firm represents Plaintiff in this action. I write on behalf of all parties to request that the Court adjourn the Initial Conference from May 8, 2025 to a date after a decision on Symetra's motion for interpleader and discharge.

The parties communicated today regarding the proposed scheduling order that is due a week before the initial conference (*i.e.*, May 1, 2025). The parties were in agreement that any proposed schedule for this action will be significantly impacted by the Court's decision on Symetra's motion for interpleader and discharge (Doc. 24).

Accordingly, the parties jointly request that the Court adjourn the May 8, 2025 conference to a date after the decision on the motion for interpleader and discharge

Respectfully,

/s/ Patrick W. Begos

Patrick W. Begos

Copy to:    ECF Service List

The joint request is **GRANTED.** The initial conference is adjourned *sine die*. SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
April 28, 2025

Boston | Hartford | New York | Washington, DC | Providence | Miami | Stamford | Wilmington | Philadelphia | Los Angeles | Albany | rc.com

Robinson & Cole LLP