**GARFUNKEL WILD, P.C.**
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

**HARPREET KAUR**
Senior Attorney
Licensed in NY
Email: hkaur@garfunkelwild.com
Direct Dial: (516) 393-2239

FILE NO.:

**By ECF**

The Honorable Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square, Room 425
New York, New York 1007

> The extension request is **GRANTED.** Defendant Lipinsky's reply is now due by **May 21, 2025**. SO ORDERED.
>
> *Jennifer E. Willis*
> _____
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> May 7, 2025

Re:   *First Symetra National Life Insurance Company of New York v. Lipinsky, et al*
        Docket No.: 25-cv-00344 (DEH) (JW)

Dear Judge Willis:

    We represent Defendant Tara Lipinsky in the referenced matter and write to respectfully request that the Court review the briefing schedule for Ms. Lipinsky's motion to dismiss the cross-claims of Defendant J.R., a minor child, by his custodial parent and natural legal guardian, Tara Ryba-Castro ("J.R."), as follows:

|  | **Previous Date** | **New Date** |
|---|---|---|
| Lipinsky's reply: | May 7, 2025 | May 21, 2025 |

    This is the first request for an extension, is made on consent of J.R.'s counsel, and is not expected to affect any other dates in this action. Given that it is made with consent, Lipinsky respectfully requests that the Court grant the application.

    We thank Your Honor for your consideration of this matter.

                                                        Respectfully submitted,

                                                        */s/ Harpreet Kaur*

                                                        Harpreet Kaur

cc:   Counsel of Record (By ECF)