UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

FIRST SYMETRA NATIONAL LIFE INSURANCE
COMPANY OF NEW YORK,

                    *Plaintiff*,

   -against-

TARA LIPINSKY and J.R., a minor child, by his
custodial parent and natural and legal guardian, TARA
RYBA-CASTRO,

                  *Defendants*.

------------------------------------------------------------------ x

:   Case No.: 1:25-cv-00344-DEH-JW

## JUDGMENT GRANTING INTERPLEADER, DISCHARGE AND DISMISSAL OF PLAINTIFF

WHEREAS, by Memorandum Opinion and Order dated December 5, 2025 and docketed December 8, 2025 (Doc. 45), the Court granted the Interpleader Motion of Plaintiff, First Symetra National Life Insurance Company of New York ("First Symetra"), to the extent that First Symetra requested interpleader, discharge and dismissal, and denied First Symetra's request for attorneys' fees as moot;

IT IS HEREBY ADJUDGED:

1.     Within thirty days of the entry of this judgment, First Symetra shall deposit the sum of Two Hundred Thousand and 00/100 Dollars ($200,000.00), plus interest, if any, with the Clerk of Court. The deposit shall be made by check payable to "Clerk, U.S. District Court."

2.     Upon First Symetra's compliance with paragraph 1 of this Judgment:

    a.     First Symetra is discharged from all liability as to any claim brought, or that could be brought, by Defendants, TARA LIPINSKY, and J.R., a

minor child, by his custodial parent and natural and legal guardian, TARA RYBA-CASTRO, against First Symetra in relation to group policy number 24 000108 00 and/or the Certificate for Portability under that policy issued to William C. Ryba (together, "Symetra Policy"); and

b.  Defendants are enjoined from instituting or prosecuting any proceeding against First Symetra in any state or United States court relating to or affecting the Symetra Policy; and

c.  First Symetra is dismissed from this action.

3.  The funds to be deposited qualify as "disputed ownership funds" as that term is defined by the Internal Revenue Service 26 C.F.R. § 1.468B-9(b)(1). Upon receipt of the check from First Symetra set forth in paragraph 1, the Clerk of Court shall deposit the funds into The United States Treasury to be invested in the Court Registry Investment System (CRIS) Disputed Ownership Fund (DOF), the investment management tool of the Administrative Office of the United States Courts.

a.  The interpleader funds shall be placed in an interest-bearing account in the name of the case titled *First Symetra National Life Insurance Company of New York v. Tara Lipinsky, et al.; Civil Action No. 1:25-cv-00344-DEH-JW*.

b.  The Administrative Office of the United States Courts shall administer the funds, charge fees, and withhold and pay taxes, under its Disputed Ownership Funds system (CRIS DOF), in accordance with this Court's

Order Regarding Deposit and Investment of Registry Funds effective April 1, 2017.

c.      The funds deposited with The Court Registry Investment System shall remain on deposit until further order of the Court.

IT IS SO ORDERED.

Dated: December 10, 2025
New York, New York

_____
DALE E. HO, United States District Judge