UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

First Symetra National Life Insurance
Company of New York,

                          Plaintiff,

            v.

Lipinsky et al.,

                          Defendants.

25-CV-344 (DEH)

ORDER

DALE E. HO, United States District Judge:

Plaintiff, First Symetra National Life Insurance Company of New York ("First Symetra"), having commenced this interpleader action January 14, 2025 with respect to the benefit payable (the "Benefit") related to the death of William C. Ryba under First Symetra group policy number 24 000108 00; and

First Symetra having on April 7, 2025 filed a Motion for Interpleader Deposit, later amending that motion on April 14, 2025 ("Amended Interpleader Motion"), wherein First Symetra sought interpleader, discharge, dismissal, and attorneys fees; and

the Court having issued an Opinion and Order dated December 5, 2025 granting the Amended Interpleader Motion in part and denying the Amended Interpleader Motion in part; and

the Court in the Opinion and Order having (1) granted First Symetra's request for interpleader, discharge, and dismissal, (2) denied First Symetra's request for attorneys' fees a moot; and

First Symetra having on January 13, 2026 deposited the Benefit of $200,000.00 plus interest (the "Interpleader Funds"), with the Clerk of Court; and

the Court having been informed that the parties in the above-captioned matter have reached a settlement wherein the First Symetra policy will be paid to Tara Lipinsky.

NOW, THEREFORE, it is ADJUDGED:

1. The Clerk of Court shall release the Interpleader Funds to Tara Lipinsky; and

2. Upon notice to the Court that the Interpleader Funds have been delivered to Tara Lipinsky, this action shall be discontinued with prejudice.

The Clerk of Court is respectfully directed to terminate this matter.

SO ORDERED.

Dated: March 4, 2026
       New York, New York

_____
            DALE E. HO
      United States District Judge