UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

First Symetra National Life Insurance Company of New York,

Plaintiff,

v.

Lipinsky et al,

Defendant(s).

25-CV-344 (DEH)

AMENDED ORDER

DALE E. HO, United States District Judge:

Plaintiff, First Symetra National Life Insurance Company of New York ("First Symetra"), having commenced this interpleader action January 14, 2025 with respect to the benefit payable (the "Benefit") related to the death of William C. Ryba under First Symetra group policy number 24 000108 00; and

First Symetra having on April 7, 2025 filed a Motion for Interpleader Deposit, later amending that motion on April 14, 2025 ("Amended Interpleader Motion"), wherein First Symetra sought interpleader, discharge, dismissal, and attorneys' fees; and

the Court having issued an Opinion and Order dated December 5, 2025 granting the Amended Interpleader Motion in part and denying the Amended Interpleader Motion in part; and

the Court in the Opinion and Order having (1) granted First Symetra's request for interpleader, discharge, and dismissal, (2) denied First Symetra's request for attorneys' fees as moot; and

First Symetra having on January 13, 2026 deposited the Benefit of $200,000.00 plus interest (the "Interpleader Funds"), with the Clerk of Court; and

the Court having been informed that the parties in the above-captioned matter have reached a settlement wherein the First Symetra policy will be paid to Tara Lipinsky.

NOW, THEREFORE, it is ADJUDGED:

1. The Clerk of Court shall release the Interpleader Funds to Tara Lipinsky; and
2. Upon notice to the Court that the Interpleader Funds have been delivered to Tara Lipinsky, this action shall be discontinued with prejudice.

All disbursements of funds from this matter shall be made via Electronic Funds Transfer (EFT). Each payee will provide the Clerk's Office with their banking information by completing an AO-213P form and an IRS W9 form for tax reporting purposes. Payees should contact the Court's Finance Department at (212) 805-0600 or nysd_finance_admin@nysd.uscourts.gov for instructions.

The Clerk of Court is respectfully directed to terminate this matter.

SO ORDERED.

Dated: September 23, 2026
New York, New York

DALE E. HO
United States District Judge